UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

          v.

ATRIEL    HARRIS    and    AMANDA
STACKS

No. 25 CR 770

Judge Martha M. Pacold

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS., the United States Attorney for the Northern District of Illinois, hereby submits this joint status report, and states as follows:

1. On December 3, 2025, defendants were charged by indictment with conspiring to make false statements to firearms dealers and multiple substantive counts of making false statements to firearms dealers, in violation of Title 18, United States Code, Sections 371 and 922(a)(6). Dkt. 1.

2. Defendants have both been released on bond. Dkt. 11, 19.

3. On April 24, 2026, the government produced the majority of its discovery under Federal Rule of Criminal Procedure 16, and *Brady v. Maryland*. The government and defense counsel have continued to confer regarding discovery, and the government expects to make additional productions of discovery in the coming weeks.

4. There are no motions pending and no briefing is outstanding.

1

5.      The government has conferred with defense counsel, and defense counsel is in the process of reviewing discovery with defendants. Defense counsel is also considering pre-trial motions. Accordingly, the parties seek an additional 60 days for counsel to continue reviewing discovery and conferring with defendants.

6.      Defendants also agrees to the exclusion of time to the next Court appearance date or status report date, to allow for continued discovery review, the initiation of plea negotiations, and in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney


By:   /s/ *Elie Zenner*
        ELIE ZENNER
        Assistant United States Attorney
        219 S. Dearborn St., Rm. 500
        Chicago, IL   60604
        (312) 697-4032

2